UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 06/21/06

To: United States Court of Appeals          ATTN: (xxx) CIVIL
    For the Ninth Circuit
    Office of the Clerk                              () CRIMINAL
    95 Seventh Street
    San Francisco, California 94103              ()JUDGE

From: Shari Fuhrer
     U.S. District Court
     222 West 7th Avenue, #4
     Anchorage, Alaska 99513


DC No: 3:05-cv-00027 - JKS                    Appeal No: 05-36183

Short title: Stansberry v Alaska Court System et al

Composition of Record

Clerk's Files in 1 volumes   (xxx) original  () certified copy

    Bulky docs. ___ volumes, docket # ___
                      (folders)

Reporter's  in ___ volumes   () original    ()certified copy
Transcripts

Exhibits:   in ___ envelopes   () under seal

        in ___ boxes        () under seal

Other: **NOTE: (Certified copy of ACMS and ECF docket enclosed)**

(please note any documents filed under seal)


Acknowledgement: _____   Date: _____
"record.app" [11/21/97]