UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 25 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEE ROY STANSBERRY,<br><br>  Petitioner - Appellant,<br><br>v.<br><br>BEVERLY W. CUTLER,; et al.,<br><br>  Defendant - Appellee,<br><br>ALASKA COURT SYSTEM,<br><br>  Respondent - Appellee. | No. 05-36183<br><br>D.C. No. CV-05-00027-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**

JUL 2 8 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: HAWKINS and THOMAS, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

All outstanding motions are denied.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 25 2006

Deputy Clerk