August 30, 2006

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103

**RECEIVED**
SEP 0 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**District Court/Agency:** USDC Alaska (Anchorage)
**Lower Court Number:** CV-05-00027-JKS
**Appeal Number:** 05-36183
**Short Title:** Stansberry v Alaska Court System

**Volumes**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 1 | | | | 0 | Certified Copy(ies) | | |
| **Reporters Transcripts in:** | 0 | | | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.